IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TODD TOLLER, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Case no. 1:15-cv-1278 |
| ) | |
| LAFRANCE SERVICE CENTER, INC. a ) | Judge James B. Zagel |
| Domestic corporation, ) | |
| ) | |
|       Defendant. ) | |
| ) | |

## **STIPULATION OF DISMISSAL**

IT IS STIPULATED AND AGREED by and between the Parties to the above-entitled action, by their respective attorneys, that Plaintiff, Todd Toller's, Complaint shall be dismissed with prejudice each Party to bear its own costs.

Dated October 13, 2015                                    Respectfully submitted,

                                                           By:    /s/ Terrence Buehler_____
                                                                   Attorney for the Plaintiff

Terrance Buehler
Touhy, Touhy, Buehler & Williams, LLP
55 West Wacker Drive, Suite 1400
Chicago, Illinois 60601
Phone: (312) 372-2209

                                                           By:    /s/ Burr Anderson\_\_\_\_ _____
                                                                   Attorney for the Defendant

Burr E. Anderson
Anderson Law Offices
223 W. Jackson, Suite 1016
Chicago, Illinois 60606
Phone: (312) 957-1100